## LYNCH v. N.C. CENTRAL UNIV.

No. 235P99

Case below: 132 N.C.App. 188

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

## MARTIN v. E & R FARMS

No. 246P99

Case below: 133 N.C.App. 190

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 as to additional issues dismissed 19 August 1999.

## MATTHEWS v. CHARLOTTE-MECKLENBURG HOSP. AUTH.

No. 72P99

Case below: 132 N.C.App. 11

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

## NATIONWIDE MUT. INS. CO. v. WEBB

No. 158P99

Case below: 132 N.C.App. 524

Petition by defendant (Samuel Chad Leigh) for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

## O'CARROLL v. TEXASGULF, INC.

No. 172P99

Case below: 132 N.C.App. 307

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999. Justice Martin recused.